FILED
2-20-08
FEB 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08CR 0146 |
| ) | |
| v. ) | |
| ) | Nan R. Nolan |
| RANDY PINE ) | United States Magistrate Judge |
| ) | |
| ) | |

## GOVERNMENT'S MOTION TO SEAL
## COMPLAINT, AFFIDAVIT, ARREST WARRANT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that this Court seal the criminal Complaint, Affidavit, and Arrest Warrant in this matter.

The public filing of the Complaint, Affidavit, and Arrest Warrant in this matter before the Arrest Warrant can be executed could alert the defendant and result in his flight. For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion to Seal, be sealed until February 27, 2008 or as otherwise ordered by this Court.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *[signature]*
NANCY L. MILLER
Assistant U.S. Attorney
(312) 353-4224