Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 146 - 1 | **DATE** | 02/20/08 |
| **CASE TITLE** | USA vs. Randy Pine | | |

**DOCKET ENTRY TEXT**

Government's motion to seal complaint, affidavit, arrest warrant is granted. Enter Order.

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|

08CR146 - 1 USA vs. Randy Pine