UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

08CR 146

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08CR 0146 |
| | ) | |
| v. | ) | |
| | ) | Nan R. Nolan |
| RANDY PINE | ) | United States Magistrate Judge |
| | ) | |
| | ) | |

### ORDER

It is hereby ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant, all dated February 20, 2008, are hereby SEALED until and including February 27, 2008 or as otherwise ordered by this Court.

ENTER:

_Nan R. Nolan_
NAN R. NOLAN
United States Magistrate Judge

Dated: February 20, 2008