Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 146 - 1 | **DATE** | 02/21/08 |
| **CASE TITLE** | USA vs. Randy Pine | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 02/21/08. Defendant informed of his rights. Enter Order Setting Conditions of Release. Secured bond to be posted no later than 02/26/08. Status hearing regarding bond is set for 02/26/08 at 1:00 p.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|