# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 146 - 1 | **DATE** | 02/26/08 |
| **CASE TITLE** | USA vs. Randy Pine | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant prepared to post property. Bond set on 02/21/08 to stand. Defendant waives his right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|