AO 442 (Rev. 5/93) Warrant for Arrest

AUSA Nancy L. Miller (312) 353-4224

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

RANDY PINE

**UNDER SEAL**

WARRANT FOR ARREST

**MAGISTRATE JUDGE NOLAN**

CASE NUMBER:

**08CR 0146**

To: Special Agent Michael Culloton
or any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __RANDY PINE__
                                          Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

__ Indictment   __ Information   _X_ Complaint   __ Order of court   __ Violation Notice   __ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally possessing with the intent to distribute controlled substances, namely, in excess of 500 grams of mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance,

in violation of Title __21,__ United States Code, Section(s) __841(a)(1)__

NAN R. NOLAN
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

*Nan R. Nolan* (signature)
Signature of Issuing Officer

February 20, 2008, Chicago, Illinois
Date and Location

FILED
MAR - 6 2008
3-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 2/20/08 | NAME AND TITLE OF ARRESTING OFFICER Michael J Culloton Special Agent - FBI | SIGNATURE OF ARRESTING OFFICER *Mul Cullt* |
|---|---|---|
| DATE OF ARREST 2/21/08 | | |