## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 146 - 1 | **DATE** | 3/11/2008 |
| **CASE TITLE** | USA vs. Randy Pine | | |

**DOCKET ENTRY TEXT**

Government's agreed motion for an extension of time to return indictment pursuant to 18 U.S.C. § 3161(h) [13] granted. IT IS HEREBY ORDERED that the time within which to file an indictment or information against the defendant is extended from March 21, 2008 to and including April 24, 2008. Order excludable time to begin pursuant to 18:3161(h)(8)(A)(B). (X-T)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|