UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   08 CR 146 |
| | ) | |
| v. | ) | |
| | ) | Honorable Rebecca R. Pallmeyer |
| | ) | Acting Chief Judge |
| RANDY PINE | ) | |

## ORDER

Upon the Government's Motion, under Title 18, United States Code, Section 3161(h)(8)(A) & (B), for an extension of time in which to return an indictment or information in the above-captioned cause,

IT IS HEREBY ORDERED that the time within which to file an indictment or information against the defendant be extended from March 21, 2008 to and including April 24, 2008. Specifically, this Court finds that the ends of justice served by the extension outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such an extension would deny the government the reasonable time necessary for effective preparation of the evidence for presentation to the Grand Jury, taking into account the exercise of due diligence.

ENTERED:

_____
REBECCA R. PALLMEYER
Acting Chief Judge

DATED: 3/11/08