# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan R. Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 146 - 1 | **DATE** | 4/18/2008 |
| **CASE TITLE** | USA vs. Randy Pine | | |

**DOCKET ENTRY TEXT**

Order Setting Conditions of Release entered on 02/21/08 is amended to include the following: Defendant is given leave to travel for employment purposes ONLY with prior consent from Pretrial Services.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|