UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE ANDERSEN**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08 CR 146 |
| v. ) | **MAGISTRATE JUDGE NOLAN** |
| RANDY PINE ) | Violation: Title 21, United States Code, Section 841(a)(1) |

**FILED**

**APR 2 4 2008**

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about December 19, 2006, at Homer Glen, in the Northern District of Illinois, Eastern Division, and elsewhere,

RANDY PINE,

defendant herein, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely, in excess of 500 grams of mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY