**08CR 146**
**JUDGE ANDERSEN**
**MAGISTRATE JUDGE NOLAN**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more -previously-filed magistrate's complaints? NO ___ YES _X_ If the answer is "Yes", list the case number and title of the earliest filed complaint:

   **08 CR 146; U. S. v. Randy Pine**   *Magistrate Nolan*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO _X_ YES ___ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this re-filing of a previously dismissed indictment or information? NO _X_ YES ___ If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO _X_ YES ___ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? NO _X_ YES ___

6) What level of offense is this indictment or information? FELONY _X_ MISDEMEANOR ___

7) Does this indictment or information involve eight or more defendants? NO _X_ YES ___

8) Does this indictment or information include a conspiracy count? NO _X_ YES ___

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | Offense | Level | Offense | Level | Offense | Level |
   |---|---|---|---|---|---|
   | ☐ Homicide | (II) | ☐ Income Tax Fraud | (II) | ☒ DAPCA Controlled Substances | (III) |
   | ☐ Criminal Antitrust | (II) | ☐ Postal Fraud | (II) | ☐ Miscellaneous General Offenses | (IV) |
   | ☐ Bank robbery | (II) | ☐ Other Fraud | (III) | ☐ Immigration Laws | (IV) |
   | ☐ Post Office Robbery | (II) | ☐ Auto Theft | (IV) | ☐ Liquor, Internal Revenue Laws | (IV) |
   | ☐ Other Robbery | (II) | ☐ Transporting Forged Securities | (III) | ☐ Food & Drug Laws | (IV) |
   | ☐ Assault | (III) | ☐ Forgery | (III) | ☐ Motor Carrier Act | (IV) |
   | ☐ Burglary | (IV) | ☐ Counterfeiting | (III) | ☐ Selective Service Act | (IV) |
   | ☐ Larceny and Theft | (IV) | ☐ Sex Offenses | (II) | ☐ Obscene Mail | (III) |
   | ☐ Postal Embezzlement | (IV) | ☐ DAPCA Marijuana | (III) | ☐ Other Federal Statutes | (III) |
   | ☐ Other Embezzlement | (III) | ☐ DAPCA Narcotics | (III) | ☐ Transfer of Probation Jurisdiction | (V) |

10) List the statute of each of the offenses charged in the indictment or information.

   Title 21, United States Code, Section 841(a)(1)

**FILED**
APR 2 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Miller*
NANCY L. MILLER
Assistant United States Attorney