# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 146 - 1 | **DATE** | 05/01/08 |
| **CASE TITLE** |  | USA vs. Randy Pine | |

**DOCKET ENTRY TEXT**

Arraignment proceedings held. Defendant acknowledges receipt of the Indictment. Defendant waives formal reading and enters a plea of not guilty. Rule 16 conference to be conducted by 05/08/08. Pretrial Motions are due by 05/22/08. Status hearing before Judge Andersen is set for 06/05/08 at 10:00 a.m. Bond to stand. Order time excluded from 05/01/08 to and including 06/05/08. (X-E)

Notices mailed by Judicial staff.

00:03

| | Courtroom Deputy Initials: | LXS |
|---|---|---|