**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                                       **No.   08 CR 146
Honorable Wayne Anderson**

**RANDY PINE,**

    **Defendant.**

**MOTION FOR ADDITIONAL
TIME TO FILE ADDITIONAL MOTIONS**

NOW COMES Defendant **RANDY PINE**, by his attorney EDMUND P. WANDERLING, respectfully moves this Honorable Court to allow him additional time in which to file any additional Pre-Trial Motions and in support whereof states as follows:

1. That on April 24, 2008, Mr. Pine was indicted on a one (1) count indictment charging him with possession with the intent to distribute in excess of 500 grams of cocaine.

2. That on May 1, 2008, Mr. Pine appeared before Magistrate Nolan for arraignment and at that time May 22, 2008 was set for the filing of any Pre-Trial Motions in this cause.

3. That counsel for Mr. Pine has filed some motions but needs at least 30 days in which to file one or two additional motions.

WHEREFORE, RANDY PINE, the Defendant, requests that this Court grant this motion.

Respectfully submitted,

/s/ Edmund P. Wanderling
RANDY PINE, by his attorney
EDMUND P. WANDERLING

EDMUND P. WANDERLING
Attorney at Law
2505 So. Des Plaines Avenue
North Riverside, Illinois 60546
(708) 443-5400