UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

RANDY PINE,

        Defendant,

No. 08 CR 146

Honorable Judge Wayne Anderson

## NOTICE OF FILING

TO:    United States Attorney's Office
        AUSA Nancy Miller
        219 S. Dearborn - 5th Floor
        Chicago, Illinois 60604

     Please take Notice that on the 22nd day of May, 2008, we caused to be filed the Clerk of the United States Court, for the Northern District of Illinois, Eastern Division, the attached to wit: Defendant's Motion for Disclosure of Exculpatory Evidence, Defendant's Motion for Disclosure of Impeaching Evidence, Motion of Preservation of Agents Notes, Motion for Order Requiring the Government to Give Notice of its Intention to Use Other Crimes, Wrongs, or Acts Evidence and Motion for Additional Time to File Additional Motions.

                                                       s/Edmund P. Wanderling
                                                       Edmund P. Wanderling

## CERTIFICATE OF SERVICE

     ALEXANDER M. SALERNO, an attorney, hereby states on oath that he caused to be served upon the above named, by electronic filing, before the hour of 5:00 p.m. on the 22nd day of May, 2008, a copy of the documents referred to herein.

                                                       s/Edmund P. Wanderling
                                                     Edmund P. Wanderling
                                                     2505 S. Des Plaines Ave.
                                                     North Riverside, IL 60546
                                                     (708) 443-5400