UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

RANDY PINE,

        Defendant,

No. 08 CR 146

Honorable Judge Wayne Anderson

## NOTICE OF FILING

TO:    United States Attorney's Office
        AUSA Nancy Miller
        219 S. Dearborn - 5th Floor
        Chicago, Illinois 60604

    Please take Notice that on the 16th day of July, 2008, we caused to be filed the Clerk of the United States Court, for the Northern District of Illinois, Eastern Division, the attached to wit: Defendant's Motion to Suppress Evidence.

        s/Edmund P. Wanderling
        Edmund P. Wanderling

## CERTIFICATE OF SERVICE

    EDMUND P. WANDERLING, an attorney, hereby states on oath that he caused to be served upon the above named, by electronic filing, before the hour of 5:00 p.m. on the 16th day of July, 2008, a copy of the documents referred to herein.

        s/Edmund P. Wanderling
        Edmund P. Wanderling
        2505 S. Des Plaines Ave.
        North Riverside, IL 60546
        (708) 443-5400